**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7048**

———————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

        versus

ROY L. STOUDEMIRE,

                                Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge.
(CR-00-191, CA-02-1978-8)

———————————

Submitted:  December 16, 2002        Decided:  December 19, 2002

———————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Roy L. Stoudemire, Appellant Pro Se.  Elizabeth Jean Howard, OFFICE
OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roy L. Stoudemire seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Stoudemire has not made a substantial showing of the denial of a constitutional right. See United States v. Stoudemire, Nos. CR-00-191; CA-02-1978-8 (D.S.C. June 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED